IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40627
Conference Calendar
_____


JUAN GOMEZ,

Plaintiff-Appellant,

versus

JAMES CHIVERS, CO III, et al.,

Defendants-Appellees

JAMES CHIVERS, CO III,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:93-CV-202
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant Juan Gomez appeals the judgment entered for appellee James Chivers in his civil rights action, following a jury trial. The resolution of Gomez's arguments on appeal depends on a review of a transcript of that trial. The district court denied Gomez's motion for a transcript at government expense, and he has not renewed his motion in this court or appealed the district court's denial of his motion.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

It is Gomez's responsibility to provide this court with a transcript. See Fed. R. App. P. 10(b). Gomez's failure to provide one prevents this court from reviewing his arguments that the jury's answers to interrogatories propounded by the court were against the weight of the evidence and that the court issued improper jury instructions. Accordingly, we must dismiss the appeal. See Richardson v. Henry, 902 F.2d 414, 415-16 (5th Cir.), cert. denied, 498 U.S. 901 (1990).

APPEAL DISMISSED.